IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VICTORIA PRESLEY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-10-4429 |
| § | |
| AMERICA FIRST INSURANCE § | |
| COMPANY, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

In accordance with this court's Memorandum and Opinion of even date, this action is remanded to the 11th Judicial District of Harris County, Texas.

SIGNED on February 7, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge